# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

April 18, 2025

Russell Wayne Adams
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
301 19TH ST N
BIRMINGHAM, AL 35203

Rocco Calamusa Jr.
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
301 19TH ST N
BIRMINGHAM, AL 35203

Ann K. Wiggins
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
301 19TH ST N
BIRMINGHAM, AL 35203

Robert L. Wiggins Jr.
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
301 19TH ST N
BIRMINGHAM, AL 35203

Appeal Number: 24-13658-DD
Case Style: Ronald King, et al v. UA Local 91, et al
District Court Docket No: 2:19-cv-01115-ACA

ORDER: Motion to correct or amend brief filed by Appellants Ronald King, Anthony Robinson, Chris Samuel, Nolan Jones, Jr. and Brian Struggs is GRANTED by clerk.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |

MOT-2 Notice of Court Action